

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00075-CV

GURPREET KAUR                                           APPELLANT

V.

DALJIT SAINI                                               APPELLEE

------------

## FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 325-547630-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: April 14, 2016

---

[1]*See* Tex. R. App. P. 47.4.